# Exhibit 1

| | |
|---|---|
| **From:** | ███ |
| **To:** | Justin Joseph |
| **Subject:** | FW: Account Release; NDIL 1:23-cv-04324; Fletcher, et al., v. The Partnerships, et al.; Notice of Dismissal |
| **Date:** | Wednesday, August 23, 2023 9:57:42 AM |
| **Attachments:** | image002.png |
| **Importance:** | High |

Hi Justin-

We have received a couple of release requests from an address pretending to be you/from Greer (see below). We wanted to just make you aware. It appears that we've identified all of the ones sent to us to this point, and the referenced sellers have not been released per the fraudulent requests.

Please let us know if you have any questions.

Best,

███

███

Paralegal

███

Time Zone: Eastern



NOTICE: This Communication may contain privileged or other confidential information. If you received this message in error, please advise the sender and immediately delete the message and any attachments without copying or disclosing the contents.

---

**From:** Justin Joseph <jjoseph@gbcs.law>
**Sent:** Monday, August 21, 2023 10:59 AM
**To:** ███
**Subject:** Account Release; NDIL 1:23-cv-04324; Fletcher, et al., v. The Partnerships, et al.; Notice of Dismissal

Hi Amazon,

Please release the defendant's account. Dismissing the below defendant in the above referenced case. Attached are the Notice of Voluntary Dismissal and Notification of Docket Entry.

| Case No. | Doe No. | Defendant | Seller ID |
|---|---|---|---|
| 23-cv-04324 | 73 | ZZHLY | ███ |

If you have any questions or require any additional information, please let me know.

Thank you,

Justin Joseph | ATTORNEY AT LAW



300 S. Wacker Dr. Suite 2500 | Chicago, IL 60606 | Main: (312) 360.0080 | Fax: (312) 360.9315 | www.gbc.law

CONFIDENTIALITY NOTE This electronic mail may contain information which is confidential or privileged and exempt from disclosure under applicable law. The information is intended to be for the use of the recipients named in this mail. If you are not an intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is without authorization and is prohibited. If you receive this electronic mail in error, please notify us by return electronic mail and destroy this mail immediately. Thank you for your cooperation.