IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREER, BURNS & CRAIN, LTD., <br><br> Plaintiff, <br><br> v. <br><br> OWNER AND OPERATOR OF GBCS.LAW, <br><br> Defendant. | Case No. 23-cv-14812 <br><br> **Judge Robert W. Gettleman** <br><br> **Magistrate Judge Maria Valdez** |

**ORDER**

THIS CAUSE being before the Court on Plaintiff Greer, Burns & Crain, Ltd.'s ("GBC" or "Plaintiff") Motion for Electronic Service of Process Pursuant to Fed. R. Civ. P. 4(f)(3) (the "Motions") against the owner and operator of gbcs.law ("Defendant"), and this Court having heard the evidence before it hereby GRANTS Plaintiff's Motion in its entirety.

Accordingly, this Court orders that Plaintiff may provide notice of these proceedings to Defendant, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Complaint, this Order, and other relevant documents on a website, and by sending an e-mail that includes a link to said website to the "jjoseph@gbcs.law" e-mail address. The Clerk of the Court is directed to issue a single original summons in the name of "Owner and Operator of gbcs.law" that shall apply to the Defendant. The combination of providing notice via electronic publication and e-mail shall constitute notice reasonably calculated

under all circumstances to apprise Defendant of the pendency of the action and afford it the opportunity to present its objections.

Dated this 19th day of October 2023.

                                                                                      _____
                                                                                      Robert W. Gettleman
                                                                                      United States District Judge